UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE AUTOMOBILE INSURANCE<br>COMPANY OF HARTFORD, CONNECTICUT | CIVIL ACTION |
| VERSUS | NO. 05-1601 |
| GENERAL STAR INDEMNITY COMPANY | SECTION "K"(2) |

## ORDER

Before the Court is a Motion to Stay and/ or Dismiss Pending Special Arbitration and for Attorney's Fees and Costs (Doc. 6) which was originally set for hearing on September , 2006, and continued twice, once to November 30, 2005 and again to January 25, 2005.

L.R. 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to this Motion to Stay and/or Dismiss Pending Special Arbitration and for Attorney's Fees and Costs has been  submitted, although due on January 17, 2006.

Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that the motion is **GRANTED** in so far as this matter shall be **STAYED AND STATISTICALLY CLOSED** pending arbitration and **DENIED** in so far as there is a request for attorneys' fees as is withing the Court's discretion.

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty (30) days.  The motion must be accompanied by an opposition memorandum to the original motion.  Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, will be assessed against the party moving for reconsideration.  See Fed. R. Civ. P. 16, 83.  A statement of costs conforming to L.R. 54.3 shall be submitted by all parties desiring to be awarded costs and attorney's fees no later than eight (8) days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this  23rd  day of January, 2006.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**